UNITED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 13-109-03 (ESH) |
| v. ) | |
| ) | |
| Darius McKeever,     *defendant.* ) | |
| _____ ) | |

ORDER

Upon good cause shown in defendant's Motion to Suppress Statements, and upon other evidence before the Court in the record of the case, it shall be and hereby is,

ORDERED, this _____ day of _____, 2013, that defendant's Motion is hereby GRANTED, and it is further

ORDERED, that the Government may not use defendant's statements in either its case-in-chief or in its rebuttal case.

_____
Hon. Ellen Segal Huvelle
United States District Judge

Cc: Nathan I. Silver, Esq. (by ECF)

   Emory Cole, Esq. (by ECF)