UNITED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 13-cr-109-03 (ESH) |
| v. | ) | |
| | ) | |
| Darius McKeever, *defendant.* | ) | |
| | ) | |

### ERRATUM
### (MEMORANDUM OF LAW (USSG §2B3.1(b)(2)(C)))

Defendant, through undersigned counsel appointed under the Criminal Justice Act, submits this correction to his previously filed Memorandum of Law, Document #53, styled as "Sentencing Memorandum."

¶10 should read as follows:

"It may be that, as the probation office argues, the use of a firearm was contemplated. However, that does not make it "foreseeable." What was "foreseeable" is always determined retrospectively—*after* the commission of an offense. "Foreseeable" is not the same as "predictable," which, defendant submits, the probation office has in mind."

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER/#944314
Attorney for Darius McKeever
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (office)/(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served this 7th day of October, 2013, upon AUSA Emory Cole, Narcotics and Violent Crimes Section, U.S. Attorney's Office, and Carmen Hernandez, Esq., attorney for codefendant Wallace, via ECF.

/s/

_____

*Nathan I. Silver*