U.S.A.
vs.
Darnell Wallace + Darius McKeever

~~Civil~~/Criminal No. 13-109 (ESH)
(D/t's 2+3)
(10/9/13 sentencing)

Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3 | Photo Liquor Store So. Ave. | 10/9/13 | 10/9/13 | Rodriguez-Gil | |
| 4 | Photo Owner Liquor Store | 10/9/13 | 10/9/13 | Rodriguez-Gil | |
| 1 | Video | 10/9/13 | 10/9/13 | " | |
| 8 | Firearm (handgun) | 10/9/13 | 10/9/13 | " | |
| 7 | Firearm (rifle) | 10/9/13 | 10/9/13 | " | |
| 2 | Roll duct tape | 10/9/13 | 10/9/13 | " | |
| 6 | Photo of curling iron | 10/9/13 | 10/9/13 | " | |
| 5 | Photo of duct tape photo | 10/9/13 | 10/9/13 | " | |
| 9 | Video Interview Wallace | 10/9/13 | 10/9/13 | " | |
| 10 | Video Interview McKeever | 10/9/13 | 10/9/13 | " | |